IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., | 1:09-cv-00381-GSA-PC |
| Plaintiff, | ORDER STRIKING MOTION FOR LACK OF SIGNATURE |
| vs. | (Doc. 9.) |
| J. BURNES, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on March 2, 2009. (Doc. 1.)

On June 16, 2009, plaintiff submitted an unsigned Motion for Federal Court Order to Release Confiscated Evidence. (Doc. 9.) All filings submitted to the court must bear the signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a).

Accordingly, plaintiff's Motion for Federal Court Order to Release Confiscated Evidence is HEREBY STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:   June 17, 2009                    /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE