1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ARMAND HERNANDEZ JR.,                    )  Case No.: 1:09-cv-00381 -- JLT
                                             )
12                      Plaintiff,            )  ORDER TO DEFENDANTS TO SHOW
                                             )  CAUSE WHY SANCTIONS SHOULD NOT
13        v.                                  )  BE IMPOSED FOR FAILURE TO OBEY THE
                                             )  COURT'S ORDER
14   J. BURNES et al.,                        )
                                             )
15                      Defendants.           )
     _____     )
16

17          On May 26, 2011, the Court issued its Order re Consent, in which the Court informed

18   Defendants that their consent or decline to the Magistrate Judge's jurisdiction was required.  (Doc.

19   35)  The Court ordered "within 30 days, the parties shall complete and return [the] form to the court"

20   indicating whether they consented or declined the jurisdiction.  *Id*.  The form instructed that "This

21   form must be completed and returned regardless of the choice exercised by any other party."  *Id.*

22   However, Defendants did not respond.

23          Again, on October 7, 2011, the Court ordered Defendants to provide the form within 30 days

24   indicating whether they consented to Magistrate Judge jurisdiction.  (Doc. 40) Once again,

25   Defendants failed to respond.  Finally, on November 28, 2011, the Court issued its order requiring

26   Defendants to file their consent or decline to Magistrate Judge jurisdiction within 30 days.  Again,

27   Defendants ignored the Court's order.

28

                                             1

1    Local Rule 110 provides, "Failure of counsel or of a party to comply with . . . any order of the

2    Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent

3    power of the Court."  LR 110.  Moreover, the law is clear that "District courts have inherent power

4    to control their dockets," and in exercising that power, a court may impose sanctions for failure to

5    comply with the court's orders up to and including the most extreme sanction of dismissal or striking

6    the defendant's answer and entering default judgment.  *Thompson v. Housing Authority of Los*

7    *Angeles*, 782 F.2d 829, 831 (9th Cir. 1986); *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61

8    (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint);

9    *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply

10   with a court order).

11   Accordingly, Defendants are **ORDERED** to show cause **within 7 days** of the date of service

12   of this Order why sanctions, up to and including striking their answer and entering default, should

13   not be imposed for their failure to comply with the Court's orders.  Alternatively, Defendants

14   SHALL file the form–provided three times already–indicating whether they consent to or decline the

15   jurisdiction of the Magistrate Judge.

16

17   IT IS SO ORDERED.

18   Dated:   **January 4, 2012**                                          **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28