# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., | Case No. **1:09-cv-00381 JLT (PC)** |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ARMANDO HERNANDEZ, JR., CDCR# G05488** |
| vs. | |
| BURNES, et al., | DATE: November 13, 2012 |
| Defendants. | TIME: 8:30 a.m., United States Courthouse, Bakersfield, CA |

Armando Hernandez, Jr., an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR), CDCR# G05488, and the Plaintiff in proceedings in this case on November 13, 2012, is confined at Tallahatchie County Correctional Facility, 415 U.S. Hwy 49 North, Tutwiler, MS 38963. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in at the United States Courthouse, 510 19th Street, Bakersfield, California on November 13, 2012 at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the CDCR Secretary Matthew Cate to require Warden Fred Figueroa at the Tallahatchie County Correctional Facility produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Secretary Matthew Cate and Warden Fred Figueroa,** Tallahatchie County Correctional Facility, 415 U.S. Hwy 49 North, Tutwiler, MS 38963**:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 19, 2012**         /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE