IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO HERNANDEZ JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**J. BURNES, ET AL.,**<br><br>Defendants. | Case No. 1:09-cv-00381 JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TRIAL DOCUMENTS AND ORDERING DEFENDANTS' COUNSEL TO ENSURE THE CDCR PROVIDES PLAINTIFF HIS DOCUMENTS**<br><br>**(Doc. 87)** |

Before the Court is Plaintiff's request that he be provided his legal documents for use at trial. (Doc. 87) Plaintiff reports that during his recent transport from his previous place of confinement in Tutwiler, Mississippi his current place of confinement, CSP Corcoran, he was not permitted to maintain possession of his legal documents. Id. The Court is aware that this is a standard security measure employed by the CDCR when transporting prisoners. In any event, this case is set for trial on Tuesday, November 13, 2012, so immediate action to return these documents to Plaintiff is needed.

///
///
///
///

1

Thus, the Court **GRANTS** Plaintiff's motion and **ORDERS** that Defendants' counsel SHALL take all reasonable and immediate efforts to ensure that the CDCR provides Plaintiff copies of his legal documents such that he has them available for trial.

IT IS SO ORDERED.

Dated:   **November 8, 2012**             /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE