

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., | CASE NO. 1:09-cv-00381 JLT (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PRISONER ARMANDO HERNANDEZ, JR., CDCR #G-05488, FOR TRIAL ON WEDNESDAY, NOVEMBER 14, 2012 AT 8:00 A.M. |
| v. | |
| J. BURNES, et al., | |
| Defendants. | |

Plaintiff Armando Hernandez, Jr., CDCR #G-05488, shall be produced for trial in Courtroom Six, Seventh Floor, United States District Court, 2500 Tulare Street, Fresno, California on Wednesday, November 14, 2012 at 8:00 a.m., and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED:  November 13, 2012

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1