FILED

NOV 1 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., | CASE NO. 1:09-cv-00381 JLT (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE WITNESS ARMANDO HERNANDEZ, JR., CDCR #G-05488, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. BURNES, et al., | |
| Defendants. | |

Inmate witness Armando Hernandez, Jr., CDCR #G-05488, has concluded his testimony in these proceedings and is no longer needed by this court as a witness in this matter. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED:   November 14, 2012

_____
JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1