1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  ARMANDO HERNANDEZ, JR.,        )   Case No.: 1:09-cv-00381 – JLT (PC)
                                   )
12              Plaintiff,         )   ORDER GRANTING THE MOTION FOR
                                   )   TRANSCRIPTS OF ALL TRIAL HEARINGS
13       v.                        )
                                   )   (Doc. 102)
14  A.C. QUINONES, et al.          )
                                   )
15              Defendants.        )
                                   )
16                                 )

17       Plaintiff Billy Rae Maldonado ("Plaintiff") is a state prisoner proceeding *pro se* with a civil
18  rights action pursuant to 42 U.S.C. § 1983. A trial was held in this matter from November 13-15 2012.
19  (Docs. 92-101). Before the Court is Plaintiff's request for a copy of the trial transcript in which he
20  indicates that he guarantees payment to the court reporter for any costs incurred. (Doc. 102).
21  Accordingly, Plaintiff's Motion for the Transcripts of all Trial Hearings is **GRANTED**.

22                                    **ORDER**

23       1. Plaintiff **SHALL** notify the Clerk of the Court which of the trial days he wishes to have
24  transcribed and payment **SHALL** be made to the Clerk of the Court **PRIOR** to transcrition. The trial
25  segments and costs are listed as follows:

26
27
28

                                        1

| Date | No. of Pages | Description of Transcript | Cost Options | | |
|---|---|---|---|---|---|
| Day 1 - Nov. 13, 2012 | 212 | The Jury was impaneled and sworn. Opening statements. Plaintiff's case-in-chief. Defense motion for judgment/directed verdict. Defense case-in-chief. Jury instructions. Closing arguments. Court instructed jury. Closing arguments made by plaintiff and defendants. (Doc. 92) | Ordinary | 30 days | $773.80 |
| | | | Expedited | 14 days | $901.00 |
| | | | Expedited | 7 days | $1028.20 |
| Day 2 - Nov. 14, 2012 | 11 | Jury resumed deliberations. Jury summoned. Verdict published by the clerk in favor of defendants. Jury thanked and excused. (Doc. 93) | Ordinary | 30 days | $40.15 |
| | | | Expedited | 14 days | $46.75 |
| | | | Expedited | 7 days | $53.35 |

2. Plaintiff **SHALL COMPLETE** the Transcript Order Form provided along with to this Order and mail a completed form **AND** a cashier' check for the **TOTAL** amount due made payable to the **United States District Court,** to the following address:

>   United States District Court
>   Attn:  Otilia Figueroa
>   2500 Tulare Street, Suite 1501
>   Fresno, CA  93721

3. The Clerk of the Court is **DIRECTED** to provide the Transcript Order Form, AO-435, to the Plaintiff along with a copy of this Order.

IT IS SO ORDERED.

Dated:   **June 27, 2013**                              **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE